21-cv-2129 DSD/BRT

I. have multiple things within the last ten years I want to put into claims for lawsuits against law enforcement and medicle. I did not do/Report right away because I did not know that this is how it works. All of these things happened on camra "Please message me back and let me know when/How to get started

Dyan Stellie
Dyan Stellie

RECEIVED BY MAIL
SEP 27 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED BY MAIL
SEP 15 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
SEP 27 2021
U.S. DISTRICT COURT MPLS

I want to pass for a reviewal that my claims actually happened then sue them for doing that to me.

agianst bloomington police, jumping on my head and chockering me on multiple diffrent occasions x 3 My jaw is crookid. Also the hospital taking my blood and not giving me water because I was on crystal meth all together they have like 17 vials... And more

Pcase message me back soon and let me know if I can sue them

*Dylen Stellim*

*Dylen Stellim*

RECEIVED BY MAIL
SEP 15 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED BY MAIL
SEP 27 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

in this action or otherwise relating to your imprisonment in the last three years?

☒ Yes

☒ No   NO-Yes— NO

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs: Dylan Stellick

        Defendants: Oak Oak Heights prison

    2. Court (If federal court, name the district. If state court, name the state and county.):

    3. Case Number:

    4. Name of judge assigned to the case:

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

    6. Disposition or final determination of the case (for example, dismissed or appealed).

    7. Approximate date of filing the lawsuit:

    8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

2

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached. ☐**

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

   ☑ Yes

   ☐ No    My claim has nothing to do with being in prison

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

   ☐ Yes    The person the prison referred me to you guys

   ☐ No

C. If you answered "yes" to question II.B.:
  1. What steps did you take:


  2. What was the result?


   ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.




III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff:

   Prisoner Number

   Address

3

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.     Name:

      Official Position:

      Employer's Address:

      Additional Defendants:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A.

4

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Do not make any legal arguments or cite any cases or statutes.

I wrote down on a seperate sheet of Paper what happened and if you can look it up somehow I want to press charges/lawsuit

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this   11   day of   21   , 2021

Signature(s) of Plaintiff(s)   _Ryan Stettins_

_____

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

5

I reported

Each one of these things I can elaborate on.

I didn't find the questions helpful. I hope you

guys can retrieve camera footage or what ever

locations from police brutality

- Old cedar (police chase ending.)
- Blasdale (galaxy packinglot)
- Maytag laundry mat

They body slammed me at North West Airlines
Same with MOA (Mall of America)

- Southdale hospital ICU they abduct me from the Street (Ambulance)
then dont give me water 12+ hours! + take 4 vials of
blood atleast 5 different occesions

RECEIVED BY MAIL
SEP 27 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA