```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                CIVIL NO. 21-2129(DSD/BRT)
```

Dylan Stellick,

        Plaintiff,

v.                                            **ORDER**

Bloomington Police and Fairview
Southdale ICU Staff,

        Defendants.

This matter is before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated December 7, 2021. No objections have been filed to that report and recommendation in the time period permitted.

Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted in its entirety;

2. This case is dismissed without prejudice; and

3. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2022

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court